**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

ANGEL RODRIGUEZ, Individually and as the
representative of a class of similarly situated
persons,

                                                   Plaintiff,

                  - against -

THAT'S HOW WE ROLL LLC,

                  Defendants.

**ECF Case**

**1:21-cv-5224-LDH-PK**

**STIPULATION OF DISMISSAL**
**<u>WITH PREJUDICE</u>**

        **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned

counsel for the parties, plaintiff Angel Rodriguez and defendant, That's How We Roll LLC

(collectively, the "Parties"), that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil

Procedure, all of the claims that were asserted or that could have been asserted in the above-

captioned action are hereby dismissed with prejudice and without costs to any Party as against

the other.

        **IT IS HEREBY FURTHER STIPULATED AND AGREED** that counsel for the

Parties have been authorized by their respective clients to execute this Stipulation.

        **IT IS HEREBY FURTHER STIPULATED AND AGREED** that no Party hereto is an

infant or incompetent person for whom a committee or conservator has been appointed.

        **IT IS HEREBY FURTHER STIPULATED AND AGREED** that facsimile/photocopy

signatures may be accepted as originals for all purposes, including filing with the Court.

        **IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation may

ACTIVE\53784909.v1

be filed, without further notice, with the Clerk of the Court by any Party herein.


Dated: Brooklyn, New York
       September 23, 2022


Dan Shaked, Esq.
Shaked Law Group, P.C.
*Attorneys for Plaintiff*
14 Harwood Court, Suite 415
Scarsdale, NY 10583
(917) 373-9128
E-mail: ShakedLawGroup@gmail.com

Eric Schlabs, Esq.
Braunhagey & Borden, LLP
*Attorneys for Defendant*
7 Times Square, 27th Floor
New York, NY 10036
(646) 829-9403
E-mail: schlabs@braunhagey.com


**SO ORDERED:**  s/ LDH          9/26/2022
             Honorable LaShann DeArcy Hall, USDJ